

# NUMBER 13-01-00632-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**BUCK SETTLE, INDIVIDUALLY AND**                                              **Appellant,**
**D/B/A BUCK'S TRUCK SALES, INC.,**
                                                                                                          **v.**

**GREGORIO ZAMORA, III,**                                                                  **Appellee.**

---

### On Appeal from the 206th District Court
### of Hidalgo County, Texas.

---

## MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Vela**
**Memorandum Opinion Per Curiam**

This appeal was abated by this Court on April 18, 2002, due to the bankruptcy of one of the parties to this appeal. *See* 11 U.S.C. § 362; *see generally* Tex. R. App. P. 8. Since the abatement there has been no activity in this appeal. On January 15, 2009, the Court ordered the parties to file an advisory regarding the status of the appeal and, if

applicable, a motion to reinstate the appeal or a motion to dismiss the appeal.  The order notified the parties that failure to respond to the order would result in reinstatement and dismissal of the appeal for want of prosecution.

The parties have failed to respond.  Accordingly, we reinstate and dismiss the appeal for want of prosecution.  *See* TEX. R. APP. P. 42.3(b).

PER CURIAM

Memorandum Opinion delivered and filed this
the 26th day of February, 2009.

2